# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **EARL N. PHILLIPS, JR., COURTNEY D. PHILLIPS-HYDER, JORDAN N. PHILLIPS, AND PHIL, COURTNEY & JORDAN, LLC,** )<br>)<br>)<br>)<br>)<br>**Plaintiffs** )<br>)<br>**v** )<br>)<br>**KPMG LLP, DEUTSCHE BANK AG, SIDLEY AUSTIN BROWN & WOOD, LLP, f/k/a BROWN & WOOD, LLP, R. J. RUBLE, PRESIDIO ADVISORS, LLC, PRESIDIO GROWTH, LLC, and JOHN LARSON,** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **CIVIL NO. 3:04cv619** |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Lawrence M. Hill, Seth C. Farber and Christine Chi of the firm of Dewey Ballantine, LLP to appear as additional counsel for Deutsche Bank AG in this matter filed on May 24, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Lawrence M. Hill, Seth C. Farber and Christine Chi of the firm of Dewey Ballantine, LLP are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: May 26, 2005**

Dennis L. Howell
United States Magistrate Judge